### Young *versus* Thurlo & al.

THE docket showing that this action had been continued " to be defaulted," the Court ordered a default to be entered, though against objection by the defendant, who therefore filed exceptions.

The exceptions being now withdrawn, the Court, on motion of the plaintiff, allowed " double cost," on the ground that the exceptions were frivolous.

---

### State *versus* Cross.

THIS is a criminal prosecution. It charges the sale of spirituous liquor in violation of the statute, and is brought before us for adjudication upon " *facts agreed.*"

PER CURIAM. — No person can be punished for crime, except upon the verdict of a jury, or upon a plea of guilty or of *nolo contendere.*

We could not pass sentence upon any person under a mere statement of facts agreed upon by counsel. The case must be remitted for trial.

---

### Williams *versus* Brown.

PER CURIAM. — An exchange of property made by a minor, is voidable by him.

A sale or use of the property received, made by the minor after arriving at twenty-one years of age, is a valid ratification of the exchange.